No. 514 Judicial Administration Docket

## SUPREME COURT OF PENNSYLVANIA
## ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS
## REQUEST FOR ASSIGNMENT OF JUDGE

**Date: Thursday, March 7, 2019**

I, Thomas B. Darr, Court Administrator of Pennsylvania, request that the Supreme Court of Pennsylvania temporarily assign judges to sit at Philadelphia County Court of Common Pleas.

☒ To sit as directed for the period 03/07/2019 to 06/30/2019

The above request is required:

Reason Type: For the prompt and proper disposition of court business in seven diversionary programs and motor vehicle case appeals.

Additional Details: This recommendation is being made in accordance with the Notice pursuant to Pa. R.J.A. No. 701(C)(1) Requesting Additional Judicial Assistance, received by the Administrative Office on March 6, 2019.

To the Supreme Court of Pennsylvania:

I hereby certify the availability of and recommend the assignment of the following judges:

The Honorable Frank T.Brady
The Honorable Martin S. Coleman
The Honorable James M. DeLeon
The Honorable Patrick F. Dugan
The Honorable Joyce O. Eubanks
The Honorable Jacquelyn Frazier-Lyde
The Honorable Thomas F. Gehret
The Honorable Charles Hayden
The Honorable Christine M. Hope
The Honorable Nazario Jimenez, Jr.
The Honorable Gerard A. Kosinski
The Honorable Henry Lewandowski, III

The Honorable Sharon Williams Losier
The Honorable William A. Meehan, Jr.
The Honorable Bradley K. Moss
The Honorable Marsha H. Neifield
The Honorable Wendy L. Pew
The Honorable Joffie C. Pittman
The Honorable T. Francis Shields
The Honorable David C. Shuter
The Honorable Karen Y. Simmons
The Honorable Craig M. Washington
The Honorable Marissa Brumbach
The Honorable Matthew S. Wolf

AOPC Case Number: 19 MAR106

_____, Court Administrator of Pennsylvania

## ORDER

Pursuant to Pa. R.J.A. No. 701 (C)(2), the foregoing recommendation of the Court Administrator of Pennsylvania is hereby APPROVED. In accordance with law, the judges temporarily assigned are vested with the same power and authority as the judges of the requesting court for the purposes and period set forth.

Date of Order: _March 7, 2019_

_____, Chief Justice of Pennsylvania

Docket Number:      SEN